# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1103
L.T. Case No. 2006-CF-005748-A

_____

MICHAEL A. VINES,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


3.800 Appeal from the Circuit Court for Duval County.
Kevin Anthony Blazs, Judge.

Michael A. Vines, Madison, pro se.

Ashley Moody, Attorney General, and Miranda L. Butson,
Assistant Attorney General, Tallahassee, for Appellee.

August 27, 2024

PER CURIAM.

    AFFIRMED.  *See* Fla. R. App. P. 9.315(a).


EDWARDS, C.J., and LAMBERT and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____